HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
RENEE BIANCHINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:15-MJ-00050 MJS |
|---|---|---|
| *Plaintiff*, | ) ) | STIPULATION TO RECALL AND QUASH WARRANT, SET CASE FOR INITIAL APPEARANCE AND FOR DEFENDANT TO APPEAR BY VIDEO TELECONFERENCE; ORDER |
| vs. | ) ) ) | |
| RENEE BIANCHINI, | ) ) | |
| *Defendant*. | ) ) ) | DATE:   September 22, 2015<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, MATTHEW MC NEASE, Acting Legal Officer, counsel for the government, and MEGAN T. HOPKINS, Assistant Federal Defender, counsel for the defendant, RENEE BIANCHINI, that this case be set for Initial Appearance on September 22, 2015, at 10:00 a.m.

It is also stipulated and thereby jointly move this Court to permit the defendant, RENEE BIANCHINI, to waive her right to be personally present at her initial appearance, and instead appear by video teleconference from a United States District Court in Oakland, California.

Ms. Bianchini is unemployed and cannot afford to travel to Yosemite National Park. The Federal Defender requested advanced appointment in this case in order to assist Ms. Bianchini in arranging for a video teleconference.  An order appointing the Federal Defender to represent Ms. Bianchini was signed August 19, 2015.

/ / /

Defendant also requests to recall and quash warrant issued on August 5, 2015, as defendant is in contact with the Federal Defender's Office and will appear on September 22, 2015.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 25, 2015     /s/ Matthew McNease
MATTHEW MC NEASE
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

DATED: August 25, 2015     /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RENEE BIANCHINI

**O R D E R**

GOOD CAUSE APPEARING, the above Stipulation to recall and quash the warrant, to set case for initial appearance on September 22, 2015, at 10:00 a.m., and for defendant to appear by video teleconference in case No. 6:15-MJ-00050 MJS, is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   August 25, 2015            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Bianchini/ Stipulation                2