AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **RENEE BIANCHINI** | Case Number: **6:15MJ0050-001** |
| | Defendant's Attorney: Linda Harter, Assistant Federal Defender |

**THE DEFENDANT:**

[✓]  pleaded guilty to count(s) __One__ of the Complaint.
[  ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[  ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 2.35 (c) | Under The Influence of Alcohol | June 22, 2016 | One |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[  ]  The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[  ]  Count (s) ___ dismissed on the motion of the United States.
[  ]  Indictment is to be dismissed by District Court on motion of the United States.
[  ]  Appeal rights given.               [✓]    Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

9/22/2015
_____
Date of Imposition of Judgment

/s/ Michael J. Seng
_____
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
_____
Name & Title of Judicial Officer

7/22/2016
_____
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT:**RENEE BIANCHINI**
CASE NUMBER:**6:15MJ0050-001**

# PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>Unsupervised Probation for 12 months.</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

# CONDITIONS OF PROBATION

1.   The Defendant is ordered to obey all federal, state, and local laws.

2.   The Defendant shall pay a special assessment of $10.00 for a total financial obligation of $10.00, which shall be due immediately. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to

     CLERK U.S.D.C.
     2500 Tulare Street, Rm 1501
     Fresno, CA 93721

3.   The Defendant is ordered to personally appear for a Probation Review Hearing on August 9, 2016 at 10:00 am before U.S. Magistrate Judge Seng.

4.   The Defendant shall complete 50 hours of community service. The Defendant shall perform and complete the community service hours within eleven months of probation.

5.   The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.

6.   The Defendant shall attend alcohol counseling two time(s) monthly for 6 months of probation and file sworn proof of attendance to the Court and Government Officer, through Counsel. Once alcohol counseling begins, it shall occur for six consecutive months during the twelve month term of probation.