HEATHER E. WILLIAMS, Bar #122664
Federal Defender
RACHELLE BARBOUR, Bar # 185395
Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
rachelle_barbour@fd.org

Attorneys for Defendant
RENEE BIANCHINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RENEE BIANCHINI,<br>Defendant. | Case No. 6:15-mj-00050-MJS<br>STATUS REPORT; REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT REVIEW HEARING; ORDER<br>Date: August 9, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Michael J. Seng |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), RENEE BIANCHINI, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear for her review hearing on August 9, 2016 and that she be allowed to appear telephonically. Ms. Bianchini agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Ms. Bianchini were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. Defense counsel has contacted the government to solicit its position, but has not received a response.

Ms. Bianchini is set for a review hearing. The government has filed an affidavit of alleged probation violations, but it appears that Ms. Bianchini has completed most of her conditions to the government's satisfaction. Ms. Bianchini performed 90 hours of community

service although she was only court ordered to do 50. She also attended weekly AA meetings, although she was court ordered to do them twice a month. She also paid her $10 special assessment. Documentation has been provided to the government.

The issue before the Court on August 9, 2016 is whether Ms. Bianchini is in violation of her probation for her failure to report an arrest for an event that was never ultimately charged as a crime and accordingly did not result in a conviction. The event was that Ms. Bianchini allegedly tore her husband's belt loop in January 2016.

Ms. Bianchini appeared by video at her entry of guilty plea. Ms. Bianchini is unemployed and lives in Brentwood, California, far from this Court. She is likewise far from other District Courts to which she would have to travel for a video appearance. She does not have the financial ability to travel to Yosemite, which is approximately four hours away from her home by car. She also does not have the financial ability to take public transportation to Yosemite or to another site where there is a District Court. It would be a serious financial hardship for Ms. Bianchini to travel to Yosemite or to another court for this appearance.

Accordingly, Ms. Bianchini respectfully requests the Court grant a waiver of her right and obligation to be personally present and that she be permitted to appear via telephone.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 4, 2016

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
RENEE BIANCHINI

//
//

**O R D E R**

**GOOD CAUSE APPEARING**, the above request for Defendant's waiver of personal appearance and request to appear via telephone at the review hearing on August 9, 2016 in Case No. 6:15-mj-00050-MJS, is hereby accepted and adopted as the order of this Court.

IT IS SO ORDERED.

Dated: August 8, 2016

/s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE