1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  REED GRANTHAM, CA SBN #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RENEE BIANCHINI
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No. 6:15-mj-00050-MJS
                                       )
12              Plaintiff,             )  **MOTION TO VACATE JUNE 27, 2017**
                                       )  **REVIEW HEARING; ORDER**
13  vs.                                )
                                       )
14  RENEE BIANCHINI,                   )
                                       )
15              Defendant.             )
    _____  )
16

17         Defendant Renee Bianchini hereby requests that the Court vacate the June 27, 2017

18  review hearing. The government is in agreement with the request.

19         On September 22, 2015, the Court sentenced Ms. Bianchini to twelve months of

20  unsupervised probation, with the conditions that she obey all laws and advise the Court and

21  Government Officer within seven days of being cited or arrested for any alleged violation of law.

22  She was also ordered to pay a $10.00 penalty assessment, complete 50 hours of community

23  service, and attend counseling twice per month for a period of six months. A review hearing was

24  held on August 9, 2016. At the hearing, Ms. Bianchini admitted failing to report a new law

25  violation. She was sentenced to an additional 12 months of unsupervised probation, with the only

26  conditions being that she obey all laws and advise the Court and Government Officer within

27  seven days of being cited or arrested for any alleged violation of law.

28         Ms. Bianchini has had no new law violations. Accordingly, Ms. Bianchini has complied

with all conditions of her probation, and she hereby requests that her June 27, 2017 review hearing be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 16, 2017            /s/ Reed Grantham
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               RENEE BIANCHINI


**O R D E R**

Based on the parties' joint representation that Ms. Bianchini is in compliance with the conditions of probation in case no. 6:15-mj-00050-MJS, the Court vacates the review hearing scheduled for June 27, 2017.

IT IS SO ORDERED.

Dated:   June 16, 2017            /s/ Michael J. Seng
                                 UNITED STATES MAGISTRATE JUDGE